# UNITED STATES DISTRICT COURT
## ------------DISTRICT OF MARYLAND------------

### A P P E A R A N C E

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Crim. No. BPG-16-0937 |
| **Zoilo Gaerlan** | * | |
| | * | |

\* \* \* \* \* \*

### NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter my appearance as counsel in the case for Zoilo Gaerlan. I certify that I am admitted to practice in this Court.

> JAMES WYDA
> Federal Public Defender
>
> _____/s/_____
> Sedira Banan, #804819
> Assistant Federal Public Defender
> 100 South Charles Street
> Tower II, 9th Floor
> Baltimore, Maryland  21201
> Telephone: (410) 962-3962
> Facsimile:  (410) 962-0872
> Sedira_Banan@fd.org

Date: April 15, 2016